Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW, LTD.**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: 702.856.4629
Facsimile: 702.924.4422
Email: zach@takoslaw.com

Counsel for Eagle Rock Asset Management, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-12,<br><br>Plaintiff,<br><br>v.<br><br>STEWART TOWN HOMEOWNERS ASSOCIATION; EAGLE ROCK ASSET MANAGEMENT, LLC; ABSOLUTE COLLECTION SERVICES, LLC;<br><br>Defendants. | Case No. 2:17-cv-00128<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(Second Request) |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant Eagle Rock Asset Management, LLC ("Eagle Rock") and Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2005-12 ("BNY Mellon"), by and through their respective undersigned counsel, hereby stipulate as follows:

1. BNY Mellon filed its Complaint on or about January 13, 2017;

2. Eagle Rock was served with the Complaint on or about January 17, 2017;

3. Eagle Rock's deadline to respond to the Complaint was February 7, 2017;

1

1  4. The parties previously agreed, and the Court ordered, that Eagle Rock's time to respond to the Complaint be extended until February 21, 2017, to allow time for Eagle Rock to finalize a settlement agreement impacting this case;

5. Through no fault of Eagle Rock, the settlement agreement is not yet finalized, but Eagle Rock believes it will be finalized shortly;

6. Accordingly, BNY Mellon and Eagle Rock have agreed that Eagle Rock shall have an additional 30 days to respond to the Complaint, through and including March 23, 2017;

7. This is the second such request;

8. An additional thirty days for Eagle Rock to answer or otherwise respond to BNY Mellon's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

8. Good cause exists to grant the stipulation as the additional thirty days are needed to allow the settlement agreement to be finalized;

8. BNY Mellon and Eagle Rock agree that Eagle Rock shall have up to and including March 23, 2017, to file a responsive pleading to BNY Mellon's Complaint.

IT IS SO STIPULATED.

DATED this 21st day of February, 2017.

TAKOS LAW, LTD.

　_/s/ Zachary P. Takos_
Zachary P. Takos, Esq., NV Bar No. 11293
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

Counsel for Eagle Rock

DATED this 21st day of February, 2017.

AKERMAN LLP

　_/s/ Vatana Lay_
Melanie D. Morgan, Esq., NV Bar No. 8215
Vatana Lay, Esq., NV Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

Counsel for BNY Mellon

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRAGE JUDGE

DATED: February 22, 2017

CASE NO. 2:17-cv-00128