Zachary P. Takos, Esq., Nevada Bar No. 11293
Shawn L. Walkenshaw, Esq., Nevada Bar No. 13274
**TAKOS LAW, LTD.**
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135
Telephone: 702.856.4629
Facsimile: 702.924.4422
Email: zach@takoslaw.com
        shawn@takoslaw.com

Counsel for Eagle Rock Asset Management, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-12, | Case No. 2:17-cv-00128-GMN-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO STAY LITIGATION** |
| v. | |
| STEWART TOWN HOMEOWNERS ASSOCIATION; EAGLE ROCK ASSET MANAGEMENT, LLC; ABSOLUTE COLLECTION SERVICES, LLC; | |
| Defendants. | |

Defendant Eagle Rock Asset Management, LLC ("Eagle Rock"), Defendant Absolute Collection Services, LLC ("ACS"), and Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2005-12 ("BNY Mellon"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on or about January 13, 2017, BNY Mellon filed a Complaint initiating the above referenced matter and seeking, among other things, a declaration that its Deed of Trust

continued to encumber the real property commonly refered to as 201 N. 18th St., Unit D, Las Vegas, NV 89101 (the "Property").

WHEREAS, on or about April 26, 2017, the Court entered a Scheduling Order, with the close of discovery on August 7, 2017;

WHEREAS, the parties agreed to resolve this matter and are in the process of finalizing a settlement agreement;

WHEREAS, the parties stipulate and agree to stay this matter for 120 days, including all pending deadlines, to allow the parties to finalize their resolution of this matter;

WHEREAS, the parties stipulate and agree that should this matter not be voluntarily dismissed before the expiration of the stay, the parties will submit a revised scheduling order with 10 days of the stay's expiration;

WHEREAS, the parties stipulate and agree that either party may move for the dissolution of the stay at any time;

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1     WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

2     IT IS SO STIPULATED.

3     DATED this 10th day of May, 2017.                DATED this 10th day of May, 2017.

4     TAKOS LAW, LTD.                                  AKERMAN LLP

5
          _/s/ Shawn L. Walkenshaw_                        _/s/ Vatana Lay_
6     Zachary P. Takos, Esq., NV Bar No. 11293         Melanie D. Morgan, Esq., NV Bar No. 8215
      1980 Festival Plaza Drive, Suite 300             Vatana Lay, Esq., NV Bar No. 12993
7     Las Vegas, Nevada 89135                          1160 Town Center Drive, Suite 330
                                                       Las Vegas, Nevada 89144
8     Counsel for Eagle Rock
                                                       Counsel for BNY Mellon
9

10    DATED this 10th day of May, 2017.

11    **Absolute Collection Services**

12
          _/s/ Shane D. Cox_
13    Shane D. Cox, Esq., NV Bar No. 13852
      8440 W. Lake Mead Blvd., Ste. 210
14    Las Vegas, NV 89128

15    Counsel for Absolute Collection Services

16

17
          **IT IS SO ORDERED.**
18

19        Dated this __22_ day of May, 2017.        _____

20                                                  Gloria M. Navarro, Chief Judge
                                                    UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

3