1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 VATANA LAY, ESQ.
Nevada Bar No. 12993
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, NV 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: vatana.lay@akerman.com

7 *Attorneys for Plaintiff The Bank of New York Mellon f/k/a
The Bank of New York as Trustee for the*
8 *Certificateholders of the CWABS, Inc. Asset-Backed
Certificates, Series 2005-12*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2005-12,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART TOWN HOMEOWNERS ASSOCIATION; EAGLE ROCK ASSET MANAGEMENT, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00128-GMN-PAL<br><br>**ORDER OF DISMISSAL** |

On this day the court considered the joint stipulation of dismissal submitted by plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2005-12 (**BoNY**), defendant Eagle Rock Asset Management, LLC, defendant Stewart Town Homeowner Association, and defendant Absolute Collection Services, LLC, and found that the parties' request has merit and should be **GRANTED**. It is therefore,

{42111045;1} 1

**ORDERED, ADJUDGED, and DECREED** all claims asserted by the parties, or that could have been asserted by the parties in this case are hereby dismissed with prejudice.

All costs are to be borne by the party incurring same.

It is the intent of this court that this final judgment disposes of all claims against all parties in the above-styled and -numbered cause and this judgment be, and is, final for all purposes, including, but not limited to, appeal.

**IT IS SO ORDERED.**

Dated this 10 day of July, 2017.

_____
Gloria M. Navarro, Chief Judge
**UNITED STATES DISTRICT COURT**

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572